# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTWON MANNING, M30034,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-01223-SMY |
| | ) |
| **RYAN A. KILDUFF,** | ) |
| | ) |
| **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED with prejudice** for failure to state a claim, the parties to bear their own costs.

**DATED**: September 5, 2024

                                              MONICA A. STUMP
                                              CLERK of COURT

                                              By:  *s/ Megan Moyers*
                                                              Deputy Clerk

APPROVED:  *s/ Staci M. Yandle*
                     Staci M. Yandle
                     United States District Judge